```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SUSAN L. SMITH, CSBN 253808
4  Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California 94105
          Telephone:  (415) 977-8973
6         Facsimile:  (415) 744-0134
          E-Mail: Susan.L.Smith@ssa.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHRISTOPHER SEGURA, | CIVIL NO. 1:13-cv-00865-SAB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of 30 days to file her answering brief.  Defendant requests this extension of time due to counsel's illness which caused counsel to unexpectedly be absent from the office.  Defendant also requests this extension due to counsel's workload, which includes thirteen briefs due in litigation in federal district court this month.

Defendant's answering brief was due on February 26, 2014.  The new due date will be March 28, 2014.  Counsel for the defense apologizes for the delay.  This is Defendant's first request for extension.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 28, 2014                */s/ Kelsey Mackenzie Brown\**
Kelsey Mackenzie Brown
Attorney for Plaintiff
(*as authorized by e-mail on 2/28/14)

Date:  February 28, 2014                BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT

By */s/ Susan L. Smith*
SUSAN L. SMITH
Special Assistant U. S. Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **February 28, 2014**

UNITED STATES MAGISTRATE JUDGE